| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel D. McKenna** | Social Security number or ITIN **xxx–xx–4348** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **19–22143–CMB** | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel D. McKenna
aka Dan McKenna, fdba Dad Co. 3D Technologies

10/9/19                                                     **By the court:**  Carlota M. Bohm
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22143-CMB
Daniel D. McKenna                                                         Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin              Page 1 of 2           Date Rcvd: Oct 09, 2019
                            Form ID: 318             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
```
db              +Daniel D. McKenna,    231 College Park Drive,     Monroeville, PA 15146-1531
15059817        +Capital One/Cabelas,    PO Box 3021,    Salt Lake City, UT 84110-3021
15059818        +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
15059819        +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
15059820        +Citizens Bank,    PO Box 789,    Providence, RI 02901-0789
15059821        +Collection Service Center, Inc.,    Pob 560,    New Kensington, PA 15068-0560
15059824        +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
                  New Kensington, PA 15068-0560
15059827        +Columbia Gas,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
15059834        +Creditech/Cbalv,    50 North 7th St,    Bangor, PA 18013-1791
15059835        +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
15059839         Jordan Tax Service,    7100 Baptist Road,    Bethel Park, PA 15102-3908
15059841        +MEM Federal Credit Union,    P.O. Box 18269,    Pittsburgh, PA 15236-0269
15059840        +Mem Federal Credit Uni,    Po Box 18269,    Pittsburgh, PA 15236-0269
15059844        +Monarch Recovery Management Inc.,    3260 Tillman Drive,    Suite 75,    Bensalem, PA 19020-2059
15059845        +National Enterprise Systems,    2479 Edison Blvd. Unit A,    Twinsburg, OH 44087-2476
15059846         Nissan Motor Acceptance,    PO Box 660366,    Dallas, TX 75266-0366
15059847         PA American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
15059852        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15059850         PennyMac Loan Services,    P.O. Box 514387,    Los Angeles, CA 90051-4387
15059851        +Plaza Home Mortgage,    PO Box 371306,    Pittsburgh, PA 15250-7306
15059853        +Private National Mortgage,    PO Box 514387,    Los Angeles, CA 90051-4387
15059854         RBS Citizens,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
15059855        +Receivables Performance Managment,    20818 44th Ave. W,    Suite 140,    Lynnwood, WA 98036-7709
15059865         Thomas Krah M.D.,    607 East McMurray Road,    Canonsburg, PA 15317-3445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:18:05      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA   17128-0946
cr              +E-mail/Text: kburkley@bernsteinlaw.com Oct 10 2019 03:19:09      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr              +EDI: PRA.COM Oct 10 2019 06:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
15059814        +E-mail/Text: bankruptcies@halstedfinancial.com Oct 10 2019 03:19:17
                  Absolute Resolutions Investments,    c/o Halsted Financial Services,    PO Box 828,
                  Skokie, IL 60076-0828
15059838         E-mail/Text: kburkley@bernsteinlaw.com Oct 10 2019 03:19:09      Duquesne Light,    Po Box 1930,
                  Pittsburgh, PA 15230
15059815         EDI: CAPITALONE.COM Oct 10 2019 06:53:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238
15059816        +EDI: CAPITALONE.COM Oct 10 2019 06:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
15059828        +EDI: WFNNB.COM Oct 10 2019 06:53:00      Comenity Bank/Wayfair,    Po Box 182789,
                  Columbus, OH 43218-2789
15059829        +EDI: WFNNB.COM Oct 10 2019 06:53:00      Comenity Bank/Wayfair,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
15059830        +EDI: CONVERGENT.COM Oct 10 2019 06:53:00      Convergent Outsourcing,    500 SW 39th Street,
                  Suite 100,    PO Box 9004,    Renton, WA 98057-9004
15059831        +EDI: CRFRSTNA.COM Oct 10 2019 06:53:00      Credit First National Association,    Pob 81315,
                  Cleveland, OH 44181-0315
15059832        +EDI: CRFRSTNA.COM Oct 10 2019 06:53:00      Credit First National Association,
                  Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
15059833         EDI: RCSFNBMARIN.COM Oct 10 2019 06:53:00      Credit One Bank,    P.O. Box 98873,
                  Las Vegas, NV 89193-8873
15059833         E-mail/PDF: creditonebknotifications@resurgent.com Oct 10 2019 03:15:01      Credit One Bank,
                  P.O. Box 98873,    Las Vegas, NV 89193-8873
15059837         EDI: DISCOVER.COM Oct 10 2019 06:53:00      Discover Financial,    Attn: Bankruptcy Department,
                  Po Box 15316,    Wilmington, DE 19850
15059836         EDI: DISCOVER.COM Oct 10 2019 06:53:00      Discover Financial,    Pob 15316,
                  Wilmington, DE 19850
15059842        +EDI: MERRICKBANK.COM Oct 10 2019 06:53:00      Merrick Bank,    PO Box 9201,
                  Old Bethpage, NY 11804-9001
15059842        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 10 2019 03:14:30      Merrick Bank,
                  PO Box 9201,    Old Bethpage, NY 11804-9001
15059843        +EDI: MID8.COM Oct 10 2019 06:53:00      Midland Funding LLC,    2365 Northside Drive,    Suite 300,
                  San Diego, CA 92108-2709
15059848        +E-mail/Text: paparalegals@pandf.us Oct 10 2019 03:19:25      Patenaude & Felix,
                  501 Corporate Drive,    Suite 205,    Canonsburg, PA 15317-8584
15059849        +E-mail/Text: kristin.villneauve@allianceoneinc.com Oct 10 2019 03:17:28      Paypal,
                  c/o Alliance One Receivables Management,    4850 Street Road,    Suite 300,
                  Feasterville Trevose, PA 19053-6643
```

```
District/off: 0315-2          User: admin              Page 2 of 2             Date Rcvd: Oct 09, 2019
                              Form ID: 318             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15059856         E-mail/Text: PFS.Analyst@stclair.org Oct 10 2019 03:18:57       St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
15059857        +EDI: MID8.COM Oct 10 2019 06:53:00      Synchrony Bank,    c/o Midland Funding,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
15060998        +EDI: RMSC.COM Oct 10 2019 06:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15059859        +EDI: RMSC.COM Oct 10 2019 06:53:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
15059858        +EDI: RMSC.COM Oct 10 2019 06:53:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
15059861        +EDI: RMSC.COM Oct 10 2019 06:53:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15059860        +EDI: RMSC.COM Oct 10 2019 06:53:00      Synchrony Bank/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15059864        +EDI: WTRRNBANK.COM Oct 10 2019 06:53:00       TD Bank USA,   PO Box 660170,
                 Dallas, TX 75266-0170
15059863        +EDI: WTRRNBANK.COM Oct 10 2019 06:53:00       Target,   Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
15059862        +EDI: WTRRNBANK.COM Oct 10 2019 06:53:00       Target,   Po Box 673,    Minneapolis, MN 55440-0673
15059867        +EDI: VERIZONCOMB.COM Oct 10 2019 06:53:00       Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
15059866        +EDI: VERIZONCOMB.COM Oct 10 2019 06:53:00       Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
15059868        +EDI: VERIZONCOMB.COM Oct 10 2019 06:53:00       Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
15059869        +EDI: VERIZONCOMB.COM Oct 10 2019 06:53:00       Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PennyMac Loan Services, LLC
cr*            +MEM Federal Credit Union,    P.O. Box 18269,    Pittsburgh, PA 15236-0269
15059822*      +Collection Service Center, Inc.,     Pob 560,    New Kensington, PA 15068-0560
15059823*      +Collection Service Center, Inc.,     Pob 560,    New Kensington, PA 15068-0560
15059825*      +Collection Service Center, Inc.,     Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
15059826*      +Collection Service Center, Inc.,     Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
                                                                                       TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,     PA59@ecfcbis.com
              Joseph Paul Covelli    on behalf of Creditor    MEM Federal Credit Union covellilawoffices@yahoo.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor Daniel D. McKenna
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```